UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON,<br><br>                         Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>                         Respondent. | Case No.: 22cv181-JO-JLB<br><br>**ORDER SETTING HEARING ON REPORT AND RECOMMENDATION** |

On February 7, 2023, Magistrate Judge Burkhardt issued a Report and Recommendation recommending that Respondent's Motion to Dismiss the Petition (Dkt. 12) be granted. *See* Dkt. 18. Judge Burkhardt ordered that any objections to the Report and Recommendation be filed on or before **February 24, 2023**, and that any reply to the objections be filed on or before **March 3, 2023**. The Court sets a hearing on the Report and Recommendation for **March 15, 2023 at 9:00 a.m.** Unless the Court directs otherwise, this matter will be resolved without oral argument, and no personal appearances are necessary.

**IT IS SO ORDERED.**

Dated: February 15, 2023

_____
Hon. Jinsook Ohta
United States District Judge