UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No.: 22cv181-JO-JLB<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

    *Pro se* Petitioner Hung Duong Nguon filed a habeas corpus petition under 28 U.S.C. § 2254 on February 6, 2022. Dkt. 1. On February 7, 2023, Magistrate Judge Burkhardt issued a Report and Recommendation (the "R&R") recommending that the petition be dismissed. Dkt. 18. On February 24, 2023, Petitioner Nguon filed an objection to the R&R, primarily on the grounds of judicial bias. Dkt. 20. On March 20, 2023, the Court adopted the R&R and denied the petition. Dkt. 22. Petitioner timely filed a notice of appeal of the Court's denial of his petition for a writ of habeas corpus, *see* Dkt. 24, which the Court construes as a request for a certificate of appealability. *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). For the reasons stated below, the Court denies the request.

1

      The Court denies Petitioner's request for a certificate of appealability because he has not made a substantial showing of the denial of a constitutional right. A petitioner may not seek an appeal of a claim arising out of state court detention unless the petitioner first obtains a certificate of appealability from a district judge or a circuit judge under 28 U.S.C. § 2253. Fed. R. App. P. 22(b). A certificate of appealability will issue only if the petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For the reasons described in the R&R and this Court's March 20, 2023 order, Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack*, 529 U.S. at 484. Accordingly, the Court will not issue a certificate of appealability.

      For the reasons discussed above, the Court DENIES Petitioner's request for a certificate of appealability [Dkt. 24]. The Clerk shall forward to the Court of Appeals the case file with this order. *See Asrar*, 116 F.3d at 1270.

**IT IS SO ORDERED.**

Dated: June 20, 2023

                                              Hon. Jinsook Ohta
                                              United States District Judge